IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM H. MCESSY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GREGORY W. GRAY, JR.; GREGORY P. ) <br> EDWARDS; ARCHIPEL CAPITAL LLC; BIM ) <br> MANAGEMENT LP; BENNINGTON INVESTMENT ) <br> MANAGEMENT, INC.; NIXON PEABODY, LLP; ) <br> JOHN KOEPPEL ESQ.; and against all in a ) <br> representative and fiduciary capacity for as ) <br> acting GENERAL PARTNERS; and CONTROL ) <br> MEMBERS OF BENNINGTON-EVERLOOP LP; ) <br> ARCHIPEL CAPITAL-AGRIVIDA LLC; ARCHIPEL ) <br> CAPITAL-BLOOM ENERGY LP; ARCHIPEL ) <br> CAPITAL-LATE STAGE FUND LP; ARCHIPEL ) <br> CAPITAL-LINEAGEN LP; ARCHIPEL CAPITAL- ) <br> SOCIAL MEDIA FUND LP (1, 2, 3 & 4) and ) <br> against each said funds Individually as Limited ) <br> Partnership Enterprises and as Attorneys and ) <br> Publishers of all Private Placement ) <br> Memorandums in connection with each/any/or ) <br> all of the above entities; and against MV ) <br> LIQUIDITY FUND, LLC; MV LIQUIDITY FUND I, ) <br> LLC; MICROVENTURE MARKETPLACE, INC.; and ) <br> Jane Does and Mary Roes (#1-10), ) <br> ) <br> ) <br> Defendants. ) | Civil Action No. _____ |

**DECLARATION OF SARA T. GHADIRI**

I, Sara T. Ghadiri, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct.

1. The undersigned is an attorney for Lois McEssy ("*Mrs. McEssy*") in this case and is authorized to make this Declaration on behalf of Mrs. McEssy in support of her Motion to

Ghadiri Declaration ISO Mtn to Quash 4818-2113-8058 v1[1].doc
4171856/STG

Quash the Subpoena Issued by Defendant Gregory Gray, Jr (*"Gray"*). This Declaration is made based upon my personal knowledge of the facts contained herein.

2. I received my law degree from the University of Iowa in 2014. I am attorney licensed to practice in the State of Illinois. I am admitted to practice in the United States District Courts for the Northern District of Illinois, and am admitted *pro hac vice* in the companion underlying case that the Subpoena to Mrs. McEssy was issued out of, currently pending in the Northern District of New York as Case No. 15-cv-1462 (*"Civil Case"*).

3. In addition to the Civil Case, there is another case against similar defendants, including Mr. Gray, which is currently pending in the Northern District of New York as Case No. 15-cv-538. Both cases are proceeding before the same judge and the parties in both cases have been ordered to coordinate depositions with each other. For this reason, all counsel are carbon copied on emails relating to depositions.

4. A true and correct copy of the operative Complaint in the Civil Case is attached hereto as Exhibit B.

5. I am the attorney that has been primarily responsible for communicating with the parties on behalf of Mr. McEssy's legal team in order to coordinate depositions in the Civil Case.

6. I am also the attorney that took the first scheduled depositions that proceeded in the Civil Case.

7. Attached hereto as Exhibit A is a copy of the Subpoena to Mrs. McEssy that I retrieved from the docket of the Civil Case.

8. Attached hereto as Exhibit B is a true and correct copy of the operative Complaint in the Civil Case.

-3-

9. Attached hereto as Exhibit C is a true and correct copy of an email that I received from Gray on February 11, 2019 at 8:33 a.m. CT, before depositions in the Civil Case were scheduled to begin.

10. The first deposition that proceeded began at 1:00 p.m. CT/2:00 p.m. ET.

11. In addition to the email attached hereto as Exhibit C, I received eighteen additional emails from Gray on February 11, 2019 between 1:26 p.m. CT and 4:28 p.m. CT, during which time the first deposition was proceeding.

12. Attached hereto as Exhibit D is a true and correct copy of an email string that I received from Gray on February 11, 2019 at 2:04 p.m. CT. In Exhibit D, Gray referred to me as Hawkeye, using an unprovoked, unwelcome, and unprofessional nickname related to my law school alma mater rather than address me as counselor or Ms. Ghadiri, or even by my first name.

13. Gray caused the first deposition to be delayed by more than an hour because he allegedly could not access the dial-in line, despite other attorneys on the case being able to access the line, confirming that it worked from both cell phones and land lines, and offering to patch him in. *See* Exhibit D.

14. Despite offers to help, Gray refused to cooperate.

15. When all parties at the deposition called the chambers of Magistrate Judge Dancks, the presiding judge in the Civil Case, Judge Dancks did not intervene to halt the deposition.

16. The second deposition in the Civil Case proceeded on February 12, 2019.

17. Attached hereto as Exhibit E is is a true and correct copy of an email string that I received from Gray on February 12, 2019 at 7:58 a.m. CT. Somehow, despite no changes being made to the dial-in line that had been being used, Gray was able to dial-in to the conference line on February 12. However, in that email, Gray called all counsel "a** clowns" and again

referred to me as Hawkeye rather than address me as counselor or Ms. Ghadiri, or even by my first name.  *See* Exhibit E.

18. Attached hereto as Exhibit F is is a true and correct copy of an email string that I received from Gray on February 12, 2019 at 8:17 a..m. CT.  In that email, Gray again called an attorney an "a** clown."  *See* Exhibit F.

19. Attached hereto as Exhibit G is is a true and correct copy of an email string that I received from Gray on February 12, 2019 at 8:29 a.m. CT.  In Exhibit G, Gray again instead of referring to me by name or as counselor, called me "hawked", an apparent autocorrect for his previous "Hawkeye."

20. At the same time he was insulting myself and other counsel, he was also actively obstructing the second deposition by playing music on conference line.  *See* Exhibit G.  We were forced to use a different conference line because music was coming through the conference call and making it impossible for the deposition to proceed.  *See id.*

21. I am the only female attorney that is involved in this case, and the only female present in person or by phone for the second deposition.  Attached hereto as Exhibit H is is a true and correct copy of an email string that I received from Gray on February 11, 2019 at 8:43 a.m. CT.  In Exhibit H, Gray called me "the girl" rather than addressing me by name or as counselor.

22. Attached hereto as Exhibit I is is a true and correct copy of an email that I received from Gray on March 5, 2019 at 8:49 a.m. CT.

23. Attached hereto as Exhibit J is is a true and correct copy of an email string that between myself and Gray that I began on February 21, 2019 at 8:40 a.m. CT. Gray never responded to my last email on February 21, 2019 at 4:28 p.m. CT

                                                              /s/ Sara T. Ghadiri
                                                                 Sara T. Ghadiri

## CERTIFICATE OF SERVICE

I Sara T. Ghadiri, an attorney, hereby certify that a true and accurate copy of **Declaration of Sara T. Ghadiri** was served via email and U.S. Mail upon the individuals listed below before the close of business this 13th day of March 2019:

Gregory W. Gray, Jr.
PRO SE
60 School Street #1192
Orchard Park, NY 14127
gregorywgrayjr@icloud.com

William E. Brueckner, III
MCCONVILLE, CONSIDINE LAW FIRM
25 East Main Street
Suite 500
Rochester, NY 14614

Michael J. Grudberg
TARTER KRINSKY & DROGIN LLP
1350 Broadway
New York, NY 10018
mgrudberg@tarterkrinsky.com

                                                   /s/ Sara T. Ghadiri
                                                    Sara T. Ghadiri